# EXHIBIT 1

20 Fractions Single Lesion

| CPT CODE | DESCRIPTION | Number of Units Per Course | National Average Global MAC Reimbursement Allowable | Totals Based on the Number of Units | Primary |
|---|---|---|---|---|---|
| 77261 | Therapeutic Radiology Treatment Planning | 1 | 77.94 | 77.94 | 62.35 |
| 77280 | Image Guided Field Placement | 21 | 313.17 | 6,576.57 | 5,261.26 |
| 77300 | Radiation Therapy Dose Plan-Field Calculation | 1 | 73.62 | 73.62 | 58.90 |
| 77331 | Special Radiation Dosimetry | | 71.24 | 0.00 | 0.00 |
| 77334 | Radiation Treatment Aid(s) | 1 | 141.48 | 141.48 | 113.18 |
| 77336 | Radiation Physics Consult Weekly | 4 | 90.34 | 361.36 | 289.09 |
| 77401 | SRT Delivery | 20 | 27.71 | 554.20 | 443.36 |
| 77427 | Radiation Management Weekly | 4 | 208.12 | 832.48 | 665.98 |
| 99211 | Simple Office Visit | | 23.07 | 0.00 | 0.00 |
| 99213 | Intermediate Office Visit | | 75.32 | 0.00 | 0.00 |
| 99214 | Complex Office Visit | 1 | 110.28 | 110.28 | 88.22 |
| G6001 | Ultrasound Evaluation - Ultrasound Guidance | 25 | 131.18 | 3,279.50 | 2,623.60 |
| | | | | | 9,605.94 |