# EXHIBIT 2

| DATE OF SERVICE | | | | | | up | | DATE SIGNED<br>Finalized |
|---|---|---|---|---|---|---|---|---|
| ☐ 06/01/2021 | | In Progress | 77401<br>77280<br>G6001 | | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-FBO | — | — | 06/13/2021 |
| ☐ 06/01/2021 | [redacted] | [redacted] In Progress | 77401<br>77280<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | — | — | 06/13/2021 |
| ☐ 06/01/2021 | | [redacted] In Progress | 77401<br>77280<br>G6001 | | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | — | — | 06/13/2021 |
| ☐ 06/01/2021 | | [redacted] In Progress | 77401<br>77280<br>G6001 | | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-FBO | — | — | 06/13/2021 |
| ☐ 06/02/2021 | | [redacted] In Progress | 77401<br>77280<br>G6001 | | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | — | — | 06/13/2021 |
| ☐ 06/02/2021 | | [redacted] In Progress | 77427<br>77401<br>77280<br>G6001 | | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | — | — | 06/13/2021 |
| ☐ 06/02/2021 | | [redacted] In Progress | 77401<br>77280<br>G6001 | | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | — | — | 06/13/2021 |
| ☐ 06/02/2021 | | [redacted] In Progress | 77401<br>77280<br>G6001 | | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | — | — | 06/13/2021 |
| ☐ 06/02/2021 | | [redacted] In Progress | 77401<br>77280 | | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-FBO | — | — | 06/26/2021 |

| DOS | PT Name | Bill ID | Procedures | Payer | Provider & Location | Assigned | Follow Up | Timely Filing | Visit Finalized | Ch |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/11/2021 | [redacted] | [redacted] In Progress | 77401<br>77280<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-FBO | | — | — | 06/26/2021 | |
| 06/11/2021 | [redacted] | [redacted] In Progress | 77401<br>77280<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | | — | — | 06/26/2021 | |
| 06/11/2021 | [redacted] | [redacted] In Progress | 77401<br>77280<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-FBO | | — | — | 06/26/2021 | |
| 06/13/2021 | [redacted] | [redacted] In Progress | 77336 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | | — | — | 07/18/2021 | |
| 06/13/2021 | [redacted] | [redacted] In Progress | 77336 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | | — | — | 07/18/2021 | |
| 06/13/2021 | [redacted] | [redacted] In Progress | 77336 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-FBO | | — | — | 08/15/2021 | |
| 06/14/2021 | [redacted] | [redacted] In Progress | 77401<br>77280<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | | — | — | 06/26/2021 | |
| 06/14/2021 | [redacted] | [redacted] In Progress | 77401<br>77280<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | | — | — | 06/26/2021 | |
| 06/14/2021 | [redacted] | [redacted] In Progress | 77401<br>77280<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-FBO | | — | — | 06/26/2021 | |
| 06/14/2021 | [redacted] | [redacted] In Progress | 77401<br>77280 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT- | | — | — | 06/26/2021 | |

| DOS | PT Name | Bill ID | Procedures | Payer | Provider & Location | Assigned | Follow Up | Timely Filing | Visit Finalized | Cl |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/2021 | [redacted] | [redacted] In Progress | 77401 77280 G6001 | [redacted] | TAREEN, MOHIBA Tareen Dermatology-SRT-MW | | — | — | 11/28/2021 | |
| 11/10/2021 | [redacted] | [redacted] In Progress | 77401 77280 G6001 | [redacted] | TAREEN, MOHIBA Tareen Dermatology-SRT-FBO | | — | — | 11/28/2021 | |
| 11/11/2021 | [redacted] | [redacted] In Progress | 77280 77401 G6001 | [redacted] | TAREEN, MOHIBA Tareen Dermatology-SRT-Roseville | | — | — | 11/28/2021 | |
| 11/11/2021 | [redacted] | [redacted] In Progress | 77401 77280 G6001 | [redacted] | TAREEN, MOHIBA Tareen Dermatology-SRT-Roseville | | — | — | 11/28/2021 | |
| 11/11/2021 | [redacted] | [redacted] In Progress | 77401 77280 G6001 | [redacted] | TAREEN, MOHIBA Tareen Dermatology-SRT-MW | | — | — | 11/28/2021 | |
| 11/11/2021 | [redacted] | [redacted] In Progress | 77280 77401 G6001 | [redacted] | TAREEN, MOHIBA Tareen Dermatology-SRT-Roseville | | — | — | 11/28/2021 | |
| 11/11/2021 | [redacted] | [redacted] In Progress | 77401 77280 G6001 | [redacted] | TAREEN, MOHIBA Tareen Dermatology-SRT-FBO | | — | — | 11/28/2021 | |
| 11/11/2021 | [redacted] | [redacted] In Progress | 77280 77401 G6001 | [redacted] | TAREEN, MOHIBA Tareen Dermatology-SRT-Roseville | | — | — | 11/28/2021 | |
| 11/11/2021 | [redacted] | [redacted] In Progress | 77401 77280 | [redacted] | TAREEN, MOHIBA Tareen Dermatology-SRT-MW | | — | — | 11/28/2021 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ 09/21/2021 | [redacted] | [redacted] In Progress | 77401<br>77280<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | — | — | 10/03/2021 |
| ☐ 09/22/2021 | [redacted] | [redacted] In Progress | 77401<br>77280<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | — | — | 10/03/2021 |
| ☐ 09/22/2021 | [redacted] | [redacted] In Progress | 77401<br>77280<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-MW | — | — | 10/03/2021 |
| ☐ 09/23/2021 | [redacted] | [redacted] In Progress | 77401<br>77280<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-MW | — | — | 10/03/2021 |
| ☐ 09/24/2021 | [redacted] | [redacted] In Progress | 77401<br>77280<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-MW | — | — | 10/03/2021 |
| ☐ 09/25/2021 | [redacted] | [redacted] In Progress | 77336 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | — | — | 10/21/2021 |
| ☐ 09/27/2021 | [redacted] | [redacted] In Progress | 77401<br>77280<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | — | — | 10/03/2021 |
| ☐ 09/28/2021 | [redacted] | [redacted] In Progress | 77401<br>77280<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | — | — | 10/03/2021 |
| ☐ 09/28/2021 | [redacted] | [redacted] In Progress | 77263<br>77290<br>G6001 | [redacted] | TAREEN, MOHIBA<br>Tareen Dermatology-SRT-Roseville | — | — | 10/03/2021 |