UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
*ex rel.* JASMINE DAVIS and
JUSTICE KING,

Plaintiffs-Relators,

Case No. 3:22-cv-444-TJC-LLL

v.

**EX PARTE**
**FILE UNDER SEAL**
**[31 U.S.C. § 3730(b)(2)]**

SKINCURE ONCOLOGY, LLC,
A DELAWARE LIMITED LIABILITY
COMPANY,

Defendant.
_______________________________________/

**THE UNITED STATES' NOTICE OF**
**ELECTION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action and moves the Court to unseal the Complaint.

Although the United States declines to intervene, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; provided, however, that the action may be dismissed only if the Court and the United States consent. Therefore, the United States requests that, should either the relators or the defendant propose that this action be

dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests that orders issued by the Court be sent to the counsel for the United States. The United States reserves its right to order any deposition transcripts, to intervene in this action for good cause at a later date, and to seek the dismissal of the relators' action or claims. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the relators' Complaint, this Notice, and the Order unsealing this case be unsealed. The United States requests that all other papers currently on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Dated: April 11, 2024

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

*/s/ Christopher J. Emden*
CHRISTOPHER J. EMDEN
Assistant United States Attorney
USA No. 158
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Tel: (813) 274-6000
Fax: (813) 274-6200
christopher.emden@usdoj.gov

Jamie A. Yavelberg
Colin Huntley
Marie V. Bonkowski
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261 Ben Franklin Station
Washington, D.C. 20044
Tel.: 202.514.6833
marie.bonkowski@usdoj.gov

*Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 11, 2024, a true and correct copy of the foregoing application was sent by U.S. Mail to the following:

Daniel R. Miller
Walden Macht & Haran LLP
2000 Market Street, Suite 1430
Philadelphia, PA 19103

Lawrence Klitzman
Klitzman Law Group, PLLC
1301 International Parkway, Ste. 120
Sunrise, FL 33323

/s/ *Christopher J. Emden*
CHRISTOPHER J. EMDEN
Assistant United States Attorney