United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**
***EX REL.* JASMINE DAVIS AND**
**JUSTICE KING,**

**Plaintiffs-Relators,**

**v.**

**NO. 3:22-cv-444-TJC-LLL**
**Ex Parte**
**File Under Seal**
**[31 U.S.C. § 3730(b)(2)]**

**SKINCURE ONCOLOGY, LLC,**
**A DELAWARE LIMITED LIABILITY**
**COMPANY,**

**Defendant.**

---

**Order**

The United States has notified the Court that it declined intervention in this action under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). Thus, it is **ordered**:

1. The complaint, doc. 1, the United States' Notice of Election to Decline Intervention, doc. 15, and this order are unsealed;

2. If relators elect to proceed with this action under 31 U.S.C. § 3730(c)(3), they shall serve the complaint on defendant within 90 days of this order;

3. Except as articulated above, all other contents of the Court's file prior to the date of this order remain under seal and are not to be made public or served upon defendant without order of the Court;

4. The seal is lifted as to future filings that may occur in this action on or after the date of this order;

5. Any party who files or otherwise serves a pleading, motion, notice or other paper in this action shall also serve a copy of such document upon counsel for the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time. *See id.*

6. A copy of all orders, notices, and other papers entered by the Court in this case shall be sent to counsel for the United States.

7. Should relators or defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**Ordered** in Jacksonville, Florida, on April 12, 2024.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

C:
Daniel R. Miller, Esquire
Lawrence Steven Klitzman, Esquire
Christopher John Emden, Esquire
Colin Huntley, Esquire
Jamie Ann Yavelberg, Esquire
Marie Veronica Bonkowski, Esquire