UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
*ex rel.* JASMINE DAVIS and
JUSTICE KING,

Plaintiffs-Relators,

Case No. 3:22-cv-444-TJC-LLL

v.

SKINCURE ONCOLOGY, LLC,
A DELAWARE LIMITED LIABILITY
COMPANY,

Defendant.
______________________________________/

**NOTICE OF CONSENT TO VOLUNTARY DISMISSAL**

Pursuant to the Court's December 16, 2024, Order (Doc. 17) and 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States based on his determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

January 13, 2025

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

*/s/ Christopher J. Emden*
CHRISTOPHER J. EMDEN
Assistant United States Attorney
USA No. 158
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Tel: (813) 274-6000
Fax: (813) 274-6200
christopher.emden@usdoj.gov

Jamie A. Yavelberg
Colin Huntley
Marie V. Bonkowski
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261 Ben Franklin Station
Washington, D.C. 20044
Tel.: 202.514.6833
marie.bonkowski@usdoj.gov

*Counsel for the United States of America*